IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

    vs.

GONZALO NUNEZ-CAMACHO,
    a/k/a "Gume,"
    a/k/a "Chalo,"

Defendant.                          No.  12-cr-30242-02-DRH

## AMENDED ORDER OF REMOVAL
### Vacating and Replacing Order of Removal (Doc. 121)

This matter comes before the Court for imposition of sentence. The Government has filed a motion seeking a Judicial Order of Removal from the United States (Doc. 117). This Court makes the following **FINDINGS**:

(1) On January 23, 2013, the Defendant entered a plea of guilty to Counts 1, 2, and 11 of the Indictment charging Conspiracy to Distribute and Possess With the Intent to Distribute five kilograms or more of a mixture or substance containing Cocaine (Count 1); Conspiracy to Distribute and Possess with the Intent to Distribute Methamphetamine (Count 2); and Interstate Travel in Support of Racketeering (Count 11).

(2) At the time of his plea, defendant admitted that he is a citizen of Mexico.

(3)   The Defendant was notified, prior to the entry of his plea in this case, that the Government intended to request judicial removal.

(4)   As a result of his convictions in the instant case, the Defendant is deportable pursuant to the provisions of Title 8, United States Code, Section 1227(a)(2)(B).

(5)   This Court has jurisdiction to enter a judicial order of removal at the time of sentencing pursuant to the provisions of Title 8, United States Code, Section 1228(c)(1).

Accordingly, the government's motion is **GRANTED** (Doc. 117) and it is **ORDERED** that the Defendant be removed from the United States promptly upon the satisfaction of his sentence in this case. Immigration and Customs Enforcement, U.S. Department of Homeland Security is hereby authorized to execute this Order of Removal according to the applicable laws and regulations of the United States.

**IT IS SO ORDERED.**

Signed this 1st day of February, 2013.

Digitally signed by
David R. Herndon
Date: 2013.02.01
09:46:39 -06'00'

**Chief Judge**
**United States District Court**